United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 23-10693-pmm

William T. Hain                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                        Page 1 of 3

Date Rcvd: Oct 18, 2024                       Form ID: pdf900                              Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | William T. Hain, 161 West High Street, Womelsdorf, PA 19567-1205 |
| 14776191 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---|----------------------------|-----------|----------------------------|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 19 2024 00:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 19 2024 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:21:34 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 14763768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2024 00:21:40 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14763769 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 19 2024 00:04:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14763770 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 19 2024 00:03:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14763767 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 19 2024 00:07:03 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14780649 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2024 00:08:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14763771 | | Email/Text: camanagement@mtb.com | Oct 19 2024 00:04:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14936601 | ^ | MEBN | Oct 19 2024 00:01:12 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14925948 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 19 2024 00:07:02 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14763772 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2024 00:04:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14763773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2024 00:08:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14764159 | ^ | MEBN | Oct 19 2024 00:01:26 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 24 |

|  |  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 14763774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2024 00:22:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14763775 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:07:41 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 14764882 | + | Email/Text: EBN@brockandscott.com | Oct 19 2024 00:03:00 | Wells Fargo Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14764883 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:21:51 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14776425 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:07:03 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14777700 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:08:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14848743 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:08:19 | Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document, Processing P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14763776 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2024 00:07:42 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor William T. Hain tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

District/off: 0313-4
User: admin
Page 3 of 3

Date Rcvd: Oct 18, 2024
Form ID: pdf900
Total Noticed: 24

MARIO J. HANYON
on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    William T. Hain

                Debtor

Chapter 13

Bankruptcy No. 23-10693-PMM

## <u>ORDER DISMISSING CHAPTER 13 CASE</u>

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 17, 2024**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE